UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21441-CV-WILLIAMS

RMK MERRILL STEVENS, LLC,

    Plaintiff,

v.

M/Y OCEAN DRIVE, *et al.*,

    Defendants.
_____/

GRASSHOPPER BANK, N.A.,

    Intervenor Plaintiff,

v.

M/Y OCEAN DRIVE, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 118) ("***Report***") on Intervenor Plaintiff Grasshopper Bank, N.A.'s ("***Grasshopper***") Motion to Tax Costs (DE 113; DE 117) ("***Motion***"). In the Report, Judge Goodman recommends granting the Motion, and awarding Grasshopper $141.39 in costs. (DE 113 at 1.) No objections were filed to the Report, and the time to object has passed.[1]

---

[1] The Court held a hearing on the Motion on April 11, 2025. (DE 119; DE 120.) Counsel for Defendants did not appear at the hearing. Nonetheless, in response to the Court's Order to Show Cause (DE 121), counsel for Defendants stated that he "takes no position as to whether or not the Court should grant . . . the Motion to Tax Costs . . . by default." (DE 122 at 3.)

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 118) is **AFFIRMED AND ADOPTED**.

2. Grasshopper's Motion to Tax Costs (DE 113) is **GRANTED.**

3. Grasshopper is awarded **$141.39** in costs.

4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 22nd day of April, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE