**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21441-CV-WILLIAMS**

RMK MERRILL STEVENS, LLC,

    Plaintiff,

v.

M/Y OCEAN DRIVE, *et al.*,

    Defendants.

_____/

GRASSHOPPER BANK, N.A.,

    Intervenor Plaintiff,

v.

M/Y OCEAN DRIVE, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Jonathan Goodman's Report and Recommendations (DE 124) ("***Report***") on Intervenor Plaintiff Grasshopper Bank, N.A.'s ("***Grasshopper***") Motion for Attorneys' Fees (DE 114) ("***Motion***"). In the Report, Judge Goodman recommends granting the Motion in part, and awarding Grasshopper $52,484.80 in attorneys' fees. (DE 124 at 2.) No objections were filed to the Report, and the time to object has passed.[1]

---

[1] Counsel for Defendants previously stated that he "takes no position as to whether or not the Court should grant . . . the Motion for Attorneys [sic] fees . . . by default." (DE 122 at 3.)

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 124) is **AFFIRMED AND ADOPTED**.
2. Grasshopper's Motion for Attorneys' Fees (DE 114) is **GRANTED.**
3. Grasshopper is awarded **$52,484.80** in attorneys' fees.
4. This case remains **CLOSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>28th</u> day of May, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE